**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2274**

———————

JAMES E. WRIGHT, SR.,

Plaintiff - Appellant,

versus

MASS TRANSIT ADMINISTRATION; WILLIAM F.
COLLINS; EARLINE WARD; HASSELINE CROWDER;
DEBRA CROSBY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-96-
99-AMD)

———————

Submitted:  December 19, 1996      Decided:  December 30, 1996

———————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James E. Wright, Sr., Appellant Pro Se.  Kathleen J. Masterton,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order adopting the magistrate judge's recommendation to dismiss his employment discrimination action filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wright v. Mass Transit Admin., No. CA-96-99-AMD (D. Md. Aug. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED